# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 232 MAL 2017

            Respondent              :

             :   Petition for Allowance of Appeal from

         v.             :   the Order of the Superior Court

DWAYNE ORLANDO MAYS,        :

             Petitioner              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.